B-LINE, LLC
PO Box 91121
Mail Stop 550
Seattle, Washington 98111-9221
Telephone: 866-670-2361

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA AT TUCSON

In re:

ROBERT EDWARD KRIEGEL | CHAPTER 13
| CASE NO. 10-29760 JMM

Debtor(s). | NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

SSN(s)# XXX-XX-1603

TO: Chapter 13 Trustee
TO: Attorney for the Debtor
TO: Clerk of the Court

1. A proof of claim was electronically filed on behalf of GE Money Bank c/o B-Line, LLC, for account **#XXXX-XXXX-XXXX-5901**, in the amount of $12808.08, docketed by the court on December 13, 2010, claim number **7**.

2. You are notified that such proof of claim is hereby withdrawn pursuant to Bankruptcy Rule 3006.

DATED: February 23, 2011.

**B-LINE, LLC**

/s/ Linh K. Tran
Linh K. Tran, WSBA No. 33885
PO Box 91121
Mail Stop 550
Seattle, Washington 98111-9221
Telephone: 866-670-2361
Representing: B-Line, LLC

NOTICE OF WITHDRAWAL - 1